**Robert A. PIRKL, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 05–7067.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2005.

Before MAYER, CLEVENGER, and DYK, Circuit Judges.

---

*ORDER*

PER CURIAM.

Robert A. Pirkl moved without opposition at oral argument on October 5, 2005 to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.